

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00035-CR

JIMMY EDWARD HARRIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 46638-B

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Our review of the reporter's record in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). Volume nine of the reporter's record includes a social security number. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because volume nine of the reporter's record contains sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed volume nine of the reporter's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: October 10, 2018